# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 9, 2013

## NO. 03-10-00711-CV

**Rita Murdock, Appellant**

**v.**

**Trisun Healthcare, LLC d/b/a Park Place Health Center, Appellee**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN**
**REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR**
**DISSENTING OPINION BY JUSTICE ROSE**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial court is reversed, and the cause is remanded for further proceedings consistent with this opinion. It is **FURTHER** ordered that the appellee pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.